**Opinion issued May 12, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-01037-CV

———————————

**ROBERT KEITH WEAVER, Appellant**

**V.**

**USC CREDIT UNION, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1258726**

---

## MEMORANDUM OPINION

After the Court issued a notice that appellant's brief was overdue, appellant advised that a motion filed on March 3, 2026 constituted his brief. The Court issued an order deeming this motion to be appellant's brief, but we then struck it as it failed to comply with the requirements of Texas Rule of Appellate Procedure 38.1. The

Court ordered appellant to amend the brief and file it within 20 days of the date of the order. The Court stated in its order that the appeal might be dismissed if appellant failed to correct the multiple deficiencies listed in the order.

On April 20, 2026, appellant filed an amended brief that failed to include citations to the record and to authority for most arguments presented in the brief. Thus, appellant failed to comply with this Court's order.

We dismiss the appeal. *See* TEX. R. APP. P. 42.3(c), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.